**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MICHAEL HERMAN and DARIA EVDOKIMOVA,

*Petitioners,*

v.

GEMINI TRUST COMPANY, LLC, TYLER WINKLEVOSS and CAMERON WINKLEVOSS,

*Respondents.*

Case No. 1:26-cv-06225
Hon. Paul A. Engelmayer

**NOTICE OF MOTION TO REMAND**

PLEASE TAKE NOTICE that Petitioners Michael Herman and Daria Evdokimova, through their undersigned counsel, hereby move this Court before the Honorable Hon. Paul A. Engelmayer, U.S.D.J. in Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007 pursuant to 28 USC § 1447(c) for an Order remanding this matter to the Supreme Court of the State of New York, County of New York for a lack of subject matter jurisdiction.

In support of this motion, Plaintiff submits the accompanying memorandum of law and declaration of James R. Serritella.

Dated: August 19, 2026

KIM & SERRITELLA LLP

By: /s/ James R. Serritella
James R. Serritella
110 W. 40th Street, 9th Floor
New York, NY 10018
212-960-8345
jserritella@kandslaw.com

*Attorneys for Petitioners*

The Court has received plaintiffs' motion. Defendants' opposition is due September 2, 2026. Any reply is due September 9, 2026.

SO ORDERED.

Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge

Date: August 20, 2026
New York, New York