UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARIA EVDOKIMOVA *et al.*,

Plaintiffs,

-v-

GEMINI TRUST COMPANY, LLC *et al.*,

Defendants.

26 Civ. 6225 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On October 1, 2026, this Court received Gemini Trust Company, LLC's motion to consolidate three cases: (1) *Gemini Trust Company, LLC, et al. v. Hall*, No. 1:26-cv-08683; (2) *Gemini Trust Company, LLC, et al v. Cheung*, No. 1:26-cv-07385; and (3) *Herman and Evdokimova v. Gemini Trust Company, LLC, et al.*, No. 1:26-cv-06225. Dkt. 18. The Court directs plaintiffs to respond by October 15, 2026, and defendants to file a reply, if any, by October 22, 2026.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: October 2, 2026
New York, New York